BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

FILED
NOV 07 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY J. HELLINGS

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE ) NO. 1:11-mc-00034 GSA
EXTRADITION OF )
 ) **UNDER SEAL**
 ) COMPLAINT FOR PROVISIONAL
MARIA LOPEZ DE SALGADO, ) ARREST WITH A VIEW TOWARDS
 a.k.a. "Maria Sixta Lopez ) EXTRADITION
 de Salgado," )
 )
 Fugitive. ) (18 U.S.C. § 3184)

I, the undersigned Assistant United States Attorney, being duly sworn, state on information and belief that the following is true and correct:

1. In this matter, I act for and on behalf of the Government of Mexico ("requesting state");

2. There is an extradition treaty in force between the United States and Mexico, 31 U.S.T. 5059, TIAS 9656;

3. The treaty provides in Article 11 for the provisional arrest of alleged fugitives pending the submission of a formal request for extradition and supporting documents;

1

4.  In accordance with Article 11 of the extradition treaty, the Government of Mexico has asked the United States through diplomatic channels for the provisional arrest of MARIA LOPEZ DE SALGADO, a.k.a. "Maria Sixta Lopez de Salgado," with a view toward extradition;

5.  According to the information provided by the requesting state in the form authorized by the extradition treaty, MARIA LOPEZ DE SALGADO, a.k.a. "Maria Sixta Lopez de Salgado" (hereafter, LOPEZ DE SALGADO), is charged in the State of Sonora with Smuggling Firearms into the Mexican Territory, as defined by and punishable under Article 84 *bis*, paragraph 1, in accordance with Article 9, section III and Article 10, Section 1 of the Federal Law on Firearms and Explosives, in accordance with Article 7, Article 8, and Article 9, paragraph 1 and Article 13, Section III of the Federal Criminal Code.  On February 25, 2011, the Fourth District Judge in Nogales, Sonora, issued an arrest warrant against LOPEZ DE SALGADO and two co-defendants, as part of criminal case number 46/2011.

6. As set forth in materials submitted under cover of Diplomatic Note 04580, dated July 6, 2011, and as supplemented by information provided to the United States Department of Justice by authorities in the Procuraduría General de la República (Attorney General's Office) of the United States of Mexico and by U.S. law enforcement agents, the facts of the case for which extradition is sought are as follows:

On or about March 22, 2009, Gregorio Salgado Lopez ("Salgado

1  Lopez") unlawfully smuggled into Mexico from the United States 55
2  disassembled .22 caliber rifles, which he (Salgado Lopez), LOPEZ
3  DE SALGADO, and Modesto Santiago Sanchez ("Santiago Sanchez") had
4  purchased from a gun shop in Modesto, California.

5       According to the official report of inspectors from the
6  Mexican Tax and Customs Inspection Office, on March 22, 2009,
7  shortly before 6:00 p.m., a bus traveling from Tijuana, Baja
8  California, to Santiago Juxtlahuaca, Oaxaca, arrived at the
9  inspection station in the town of Sonoyta, Sonora, Mexico.  The
10 passengers were required to get off the bus with their luggage
11 and present themselves for random inspection in the inspection
12 station.

13      The inspectors reported that one of the passengers whose
14 luggage was randomly chosen for inspection presented documents
15 identifying himself as Gregorio Salgado Lopez.  Salgado Lopez
16 also presented five luggage claim tickets that matched the claim
17 tags on four cardboard boxes and a suitcase.  Inside the boxes,
18 the inspectors discovered disassembled pieces of rifles, some
19 wrapped in aluminum foil and hidden under clothes.  Re-assembled
20 later in the Office of the Federal Public Prosecutor, the pieces
21 equaled 55 Ruger brand .22 caliber rifles.  The Federal Public
22 Prosecutor also made a record of the unique serial number on each
23 of the rifles.

24      Agents of the U.S. Bureau of Alcohol, Tobacco, Firearms and
25 Explosives ("ATF") quickly learned of the seizure of the rifles
26 being transported by Salgado Lopez.  Using the serial numbers on
27
28                                  3

the seized guns, by mid-April 2009, ATF agents had traced 54 of the seized rifles to Pete's Sport Shop in Madera, California. ATF agents subsequently traced the serial from the additional seized rifle to Pete's Sport Shop in Madera, California as well. Records from that shop revealed that 35 of the rifles seized in Sonora had been purchased by a man who identified himself as GREGORIO SALGADO LOPEZ; 18 of the rifles had been purchased by a woman named MARIA LOPEZ DE SALGADO; and two rifles had been purchased by a man named Modesto Santiago Sanchez. In addition, ATF agents found eight additional people whose gun purchases at Pete's Sport Shop suggested illegal activity.

ATF and Immigration and Customs Enforcement ("ICE") agents began interviewing the purchasers who had raised suspicions. On June 22, 2011, agents interviewed LOPEZ DE SALGADO at a home in Madera about her purchase of approximately 142 firearms from Pete's Sport Shop between 2006 and 2009. LOPEZ DE SALGADO told the agents that she and her husband, Ernesto Salgado Guzman, bought the firearms for the purpose of selling them in Mexico. She transported many of the firearms herself in boxes by bus to Oaxaca, Mexico, where she sold them for approximately 3,000 pesos apiece. LOPEZ DE SALGADO admitted that she had never applied for, or received permission to, export firearms to Mexico. She also said that she had forced her daughter, Elodia Santiago, to purchase some firearms at the gun shop so that they could be sent to Mexico and sold there.

ATF and ICE agents also interviewed Elodia Santiago and

4

Ernesto Salgado Guzman. Elodia Santiago told the agents that her mother and stepfather, Ernesto Salgado Guzman, took her twice to purchase firearms in Madera, California. They filled out the purchase paperwork but her mother made her sign the forms and buy the weapons.

Ernesto Salgado Guzman ("Salgado Guzman") corroborated the statements of his wife and his stepdaughter. He also admitted transporting firearms to Mexico himself. Salgado Guzman said that he knew other people who were also involved in buying firearms in California for transport to Mexico, including men named Gregorio Salgado Lopez and Demetrio Sebastian Cortez Ordaz (Sr.).

The ATF shared with Mexican authorities the results of its investigation of illegal firearms purchases at Pete's Sport Shop. After consideration of that additional evidence, on February 25, 2011, in case number 46/2011, Mexico charged Gregorio Salgado Lopez, MARIA LOPEZ DE SALGADO, and Modesto Santiago Sanchez with smuggling firearms into Mexico.

The evidence in support of extradition includes a photograph from the California driver's license presented by MARIA LOPEZ DE SALGADO to Pete's Sport Shop when she purchased 17 of the 55 rifles seized by Mexican customs authorities.

7. Smuggling Firearms is an extraditable offense under Article 2, paragraph 1 of the Extradition Treaty between the United States and Mexico, and item 21 of the Treaty's appendix.

8. LOPEZ DE SALGADO is a Mexican citizen, born on March

5

12, 1978. A photograph of LOPEZ DE SALGADO has been provided by the Government of Mexico.

    9. LOPEZ DE SALGADO is at large and believed to be in the Eastern District of California. The United States Marshals Service has detailed location information.

    10. Because disclosure of the existence of this complaint and the requested warrant may cause LOPEZ DE SALGADO to flee, or may put the arresting officers in greater danger, the undersigned complainant requests that this complaint and the requested warrant be placed UNDER SEAL until the arrest of LOPEZ DE SALGADO or until further order of the Court.

    WHEREFORE, the undersigned complainant requests that a warrant for the arrest of MARIA LOPEZ DE SALGADO, a.k.a. "Maria Sixta Lopez De Salgado," be issued in accordance with 18 U.S.C. § 3184, and the Extradition Treaty between the United States and Mexico; and that, upon such hearing as is required by federal law, if the Court deems the evidence sufficient under the provisions of the treaty to sustain the charges for which extradition is sought, the Court certify the same to the Secretary of State so that a warrant may be issued for the surrender of LOPEZ DE SALGADO to the appropriate authorities of Mexico. The United States also requests that the Court take such other actions as may be required under the provisions of the treaty and the laws of the United States.

    I swear under penalty of perjury that the foregoing is

true and correct to the best of my knowledge.

*/s/ Kimberly A. Sanchez*
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

Sworn to before me and subscribed in my presence this 7th day of November, 2011, at Fresno, California.

*/s/ Gary S. Austin*
THE HON. GARY S. AUSTIN
United States Magistrate Judge