FILED

SEALED

NOV 07 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE<br>THE EXTRADITION OF<br><br>MARIA LOPEZ DE SALGADO, a.k.a.<br>"Maria Sixta Lopez de Salgado",<br><br>Fugitive. | ) NO. 1:11-mc-00034 GSA<br>)<br>) **UNDER SEAL**<br>)<br>) ORDER AUTHORIZING PROVISIONAL<br>) ARREST PURSUANT TO 18 U.S.C.<br>) § 3184<br>)<br>) |

BEFORE ME, a United States Magistrate Judge for the Eastern

District of California, personally appeared Assistant United States

Attorney Kimberly A. Sanchez, the complainant herein, whose complaint

made under oath in accordance with 18 U.S.C. § 3184 sets forth facts

on the basis of which I find probable cause to believe that MARIA

LOPEZ DE SALGADO, a.k.a. "Maria Sixta Lopez de Salgado", should be

apprehended and brought before this Court to the end that the

evidence of criminality may be heard and considered as provided in 18

U.S.C. § 3184 and the Extradition Treaty between the United States

and Mexico.

IT IS THEREFORE ORDERED that a warrant for the provisional

arrest of MARIA LOPEZ DE SALGADO, a.k.a. "Maria Sixta Lopez de

Salgado", be issued.

Dated: __11/7/11__          _____
                             THE HON. GARY S. AUSTIN
                             United States Magistrate Judge

-1-
Order Authorizing Provisional Arrest Pursuant to 18 U.S.C. § 3184