FILED

NOV 07 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE ) NO. 1:11-mc-00034 GSA
THE EXTRADITION OF )
) UNDER SEAL
MARIA LOPEZ DE SALGADO, a.k.a. )
"Maria Sixta Lopez de Salgado", ) ORDER SEALING THE COMPLAINT AND
) ORDER AUTHORIZING PROVISIONAL
          Fugitive. ) ARREST
)
)
)

The United States of America has submitted a complaint and order authorizing the provisional arrest of the above-referenced subject pursuant to a request by the Mexican government under 18 U.S.C. § 3184,

IT IS HEREBY ORDERED that the complaint and order authorizing provisional arrest shall be filed under seal and shall not be disclosed pending further order of this Court.

Dated: 11/7/11

_____
THE HON. GARY S. AUSTIN
United States Magistrate Judge

-1-
Order Sealing the Complaint and Order Authorizing Provisional Arrest