

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EXTRADITION OF | ) NO. 1:11-MC-034 GSA |
| | ) |
| MARIA LOPEZ DE SALGADO, | ) ORDER UNSEALING THE COMPLAINT AND |
| aka "Maria Sixta Lopez de | ) ORDER AUTHORIZING PROVISIONAL |
| Salgado" | ) ARREST |
| | ) |
| Fugitive. | ) |
| | ) |
| | ) |

The complaint and order in this case having been sealed by this Court on November 7, 2011, and it appearing that they no longer need to remain secret,

IT IS HEREBY ORDERED that the complaint and order be unsealed and made public record.

DATED:  __'\1\9\11__                    _____

                                        United States Magistrate Judge