

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11   IN RE EXTRADITION OF              )  NO. 1:11-MC-034 GSA
                                       )
12   MARIA LOPEZ DE SALGADO,           )  ORDER UNSEALING THE COMPLAINT AND
     aka "Maria Sixta Lopez de         )  ORDER AUTHORIZING PROVISIONAL
13        Salgado"                     )  ARREST
                                       )
14              Fugitive.              )
                                       )
15                                     )

16   _____

17
          The complaint and order in this case having been sealed by this
18
     Court on November 7, 2011, and it appearing that they no longer need
19
     to remain secret,
20
          IT IS HEREBY ORDERED that the complaint and order be unsealed
21
     and made public record.
22

23   DATED: _____

24                                    United States Magistrate Judge

25

26

27

28