BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EXTRADITION OF<br><br>MARIA LOPEZ DE SALGADO,<br>   a.k.a. "Maria Sixta Lopez<br>   de Salgado,",<br><br>               Fugitive. | Case No. 1:11-MC-00034-GSA<br><br>AMENDED MOTION AND ORDER TO DISMISS COMPLAINT FOR PROVISIONAL ARREST WITH A VIEW TOWARDS EXTRADITION |

    Plaintiff United States of America, by and through its attorneys of record, BENJAMIN B. WAGNER, United States Attorney, and KIMBERLY A. SANCHEZ, Assistant United States Attorney, hereby seek leave of court and move to dismiss the complaint in this case without prejudice as to the above-named defendant, in the interest of justice.  Subsequent to the filing of the complaint, the fugitive was arrested in Mexico.  As such, Mexican authorities no longer request extradition of the fugitive.

DATED: October 17, 2012              Respectfully submitted,
                                                     BENJAMIN B. WAGNER
                                                     United States Attorney

                                        By:   /s/ Kimberly A. Sanchez
                                                   KIMBERLY A. SANCHEZ
                                                   Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EXTRADITION OF | Case No. 1:11-MC-00034-GSA |
| MARIA LOPEZ DE SALGADO,<br>a.k.a. "Maria Sixta Lopez de Salgado,", | ORDER ON GOVERMENT'S MOTION TO DISMISS COMPLAINT FOR PROVISIONAL ARREST WITH A VIEW TOWARDS EXTRADITION |
| Fugitive. | |

**ORDER**

**IT IS HEREBY ORDERED** that the complaint in this case be dismissed without prejudice in the interest of justice.

IT IS SO ORDERED.

**Dated:   October 18, 2012**          /s/ Sheila K. Oberto
                                       UNITED STATES MAGISTRATE JUDGE

2